United States District Court
Southern District of Texas
FILED

DEC 01 2021

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-21-2335 |
| § | |
| CESAR VALLE § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about October 16, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**CESAR VALLE**

in connection with the acquisition of firearms, namely: three (3) Century Arms, Model VSKA, 7.62x39mm caliber rifles and one (1) Zastava, Model ZPAPM70, 7.62x39mm caliber rifle from D&D Gun Parts, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to D&D Gun Parts, which statement was intended to and likely to deceive D&D Gun Parts, as to a fact material to the lawfulness of such acquisition of the said firearms, in that the Defendant CESAR VALLE falsely represented on the ATF Form 4473 that he was the actual buyer of the firearms described above, when in truth and fact CESAR VALLE knew that those statements and representations were false and that he was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count Two

On or about October 16, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## CESAR VALLE

in connection with the acquisition of a firearm, namely: one (1) Century Arms, Model VSKA, 7.62x39mm caliber rifle, from MF Firearms Inc. a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to MF Firearms Inc., which statement was intended to and likely to deceive MF Firearms Inc., as to a fact material to the lawfulness of such acquisition of the said firearm, in that the Defendant CESAR VALLE falsely represented on the ATF Form 4473 that he was the actual buyer of the firearms described above, when in truth and fact CESAR VALLE knew that those statements and representations were false and that he was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF FORFEITURE
### 18 U.S.C. §924(d)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants,

## CESAR VALLE

that upon conviction of a violation of Title 18, United States Code, Section 922(a)(6), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Century Arms, Model VSKA, 7.62x39mm caliber rifle, serial number SV7082004,

Century Arms, Model VSKA, 7.62x39mm caliber rifle, serial number SV7078955,

Century Arms, Model VSKA, 7.62x39mm caliber rifle, serial number SV7087107,

Century Arms, Model VSKA, 7.62x39mm caliber rifle, serial number SV7087042,

Zastava, Model ZPAPM70, 7.62x39mm rifle, serial number Z70-100807,

ABC Rifle, Model ABC-15, 7.62x399mm caliber pistol, serial number 77-7426

ABC Rifle, Model ABC-15, 7.62x399mm caliber pistol, serial number 77-7290,

Bersa, Model Thunder 380, .380 caliber pistol, serial number K89358,

Taurus, Model G3C, 9mm caliber pistol, serial number IKA-04821, and

One thousand one hundred (1,100) rounds of .50 caliber ammuniton

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY